UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., et al., <br><br>Plaintiffs, <br><br>v. <br><br>SS INNERPRIZE, LLC, <br><br>Defendant. | Case No. 21-cv-03317-WHO <br><br>**ORDER OF DISMISSAL** <br><br>Re: Dkt. No. 39 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: April 6, 2022

_____
WILLIAM H. ORRICK
United States District Judge